# UNITED STATES DISTRICT COURT

District of  Massachusetts

FORD MOTOR CREDIT COMPANY

V.

BALLARD MACK SALES & SERVICE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11082 RCL

TO: (Name and address of Defendant)

Ballard Mack Sales & Service, Inc.
442 Southwest Cutoff
Worcester, MA 01604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael E. Hager, Esquire
Dane & Howe
45 School Street
Boston, MA 02108-3204

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAY 24 2005



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/31/2005

I hereby certify and return that on 05/27/2005 at 12:43pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Exhibit A, Attachment in this action in the following manner: To wit, by delivering in hand to JANET GRAHN, agent, person in charge at the time of service for BALLARD MACK SALES & SERVICE, INC. at 442 SOUTHWEST CUT OFF, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff Ronald E Richard

*Ronald Richard*
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.