UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br>    Plaintiff<br><br>V.<br><br>BALLARD MACK SALES & SERVICE,<br>INC.,<br>    Defendant | CIVIL ACTION NO. 0511082RCL |

## LOCAL RULE 16.1(D)(C) CERTIFICATION

We, Patricia L. Davidson, attorney for the defendant, Ballard Mack Sales and Service, Inc., and Janet Grahn, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation, and the possibility of the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

{H:\PA\CORP\15872\45005\A0821896.DOC}

                                                                                 _____
                                                                                 Patricia L. Davidson, Esq.
                                                                                 BBO #556647
                                                                                 Mirick, O'Connell, DeMallie & Lougee, LLP
                                                                                100 Front Street
                                                                                Worcester, MA 01608-1477
                                                                                Phone: (508) 791-8500
                                                                                Fax:   (508) 791-8502

Dated: Aug 4, 2005

                                                          _____
                                                          Janet Grahn, Treasurer
                                                          Ballard Mack Sales & Service, Inc.
                                                          442 Southwest Cutoff
                                                          Worcester, MA  01604
                                                          Phone: (508) 753-1403
                                                          Fax:   (508) 752-0518

Dated:

## CERTIFICATE OF SERVICE

I, Patricia L. Davidson, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael E. Hager, Esq., Dane & Howe, LLP, 45 School Street, Boston, MA 02108-3204.

                                                          _____
                                                          Patricia L. Davidson, Esq.

Dated: Aug 8, 2005