UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11082-RCL

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br>Plaintiff<br><br>v.<br><br>BALLARD MACK SALES &<br>SERVICES, INC.,<br>Defendant | ) <br> ) <br> ) CERTIFICATION BY PLAINTIFF,<br> ) FORD MOTOR CREDIT COMPANY<br> ) UNDER LOCAL RULE 16.1(D)<br> )<br> )<br> )<br> ) |

The undersigned counsel of record and duly authorized representative of Ford Motor Credit Company, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael E. Hager
Attorney for Ford Motor Credit Company
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-7133
BBO #216460

_____
Ann O. Lee
Counsel – Litigation
Ford Motor Credit Company
The American Road
P.O. Box 6044
Dearborn, MI 48121

DATED: 8/8/05