UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br>    Plaintiff<br><br>V.<br><br>BALLARD MACK SALES & SERVICE, INC.,<br>    Defendant | CIVIL ACTION NO. 0511082RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice.

Respectfully submitted,

BALLARD MACK SALES & SERVICE, INC.,
By its attorney,

_____
Patricia L. Davidson, Esq., BBO #556647
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
Tel: (508) 791-8500
Fax: (508) 791-8502

Dated: June 13, 2006

Respectfully submitted,

FORD MOTOR CREDIT COMPANY,
By its attorney,

_____
Michael E. Hager, Esq., BBO #216460
11 Beacon Street, Suite 1200
Boston, MA 02108
Tel: (617) 723-7133
Fax: (617) 723-3272

Dated: June 13, 2006